UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO CHAVEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTRYWIDE HOME LOAN;<br>WASHINGTON MUTUAL BANK,<br><br>        Defendants.<br>_____ | Case No. EDCV 09-663-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against DEFENDANT COUNTRYWIDE HOME LOANS, INC. (ERRONEOUSLY SUED AS COUNTRYWIDE HOME LOAN) is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>July 3, 2009</u>

                                        VIRGINIA A. PHILLIPS
                                        United States District Judge